**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-7758**

_____

EDWARD EARL WILKINS,

    Plaintiff - Appellant,

  v.

DARLINGTON COUNTY; DARLINGTON COUNTY PROBATION DEPARTMENT AND
PAROLE; SUSAN B CLIMMONS, Probation Officer; NICKIE,

    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  G. Ross Anderson, Jr., District
Judge.  (2:07-cv-03317-GRA)

_____

Submitted:  March 27, 2008   Decided:  April 3, 2008

_____

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Edward Wilkins, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Earl Wilkins appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Wilkins' action filed under 42 U.S.C. § 1983 (2000). In his informal appellate brief, Wilkins failed to challenge the district court's reasons supporting the denial of relief. Accordingly, Wilkins has waived appellate review of those issues. See 4th Cir. R. 34(b) ("The Court will limit its review to the issues raised in the informal brief."). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED